UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE


Kevin Thurlow

                v.                          Case No. 16-cv-512-SM

NH State Prison, Warden


                              ORDER


   After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated August 13, 2019. Additionally, finding that the petitioner has failed to make substantial showing of the denial of a constitutional right, the court declines to issue a certificate of appealability. See 28 U.S.C. § 2253(c)(2); Rule 11, Rules Governing Habeas Corpus Cases Under Section 2254; First Cir. LR 22.0.

                                    _____
                                    Steven J. McAuliffe
                                    United States District Judge

Date: August 28, 2019

cc:  John P. Newman, Esq.
     Elizabeth C. Woodcock, Esq.